UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-218-MOC-SCR-1

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EMMANUEL LEE BLOUNT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a *sua sponte* review of the record.

The Defendant filed the instant pro se § 2255 Motion to Vacate on April 30, 2024. [Doc. 63]. He argues that: (1) counsel was ineffective with regards to his Motion to Suppress; and (2) Defendant is actually innocent of the armed career criminal enhancement because he "no longer has the qualifying predicate offenses to be considered an Armed Career Criminal." [Id. at 5]. The United States filed a Motion to Dismiss the § 2255 Motion to Vacate. [Doc. 67; see Doc. 68 (Roseboro Order)]. The Defendant filed a Response in which he argues, for the first time, that the armed career criminal enhancement is invalid pursuant to Erlinger v. United States, 602 U.S. 821 (2024). [Doc. 72 at 14-15]. The Government has not replied and the time to do so has expired.

The Court determines that the United States should submit supplemental briefing on two issues: (1) whether it is procedurally proper to consider the Defendant's new Erlinger claim; and (2) assuming *arguendo* that the Erlinger claim is properly before the Court, its merit.

**IT IS, THEREFORE, ORDERED** that:

1. No later than **thirty (30) days** from entry of this Order, the United States shall brief the issues identified in this Order.

1

2. The Defendant may file a response within **fourteen (14) days** after the Government's supplemental brief is filed.

Signed: December 18, 2024

Max O. Cogburn Jr.
United States District Judge